UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

HUALONG WU,

                             Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 799 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Tuesday, January 28, 2020, is adjourned to February 27, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       January 7, 2020

                                             *Kimba M. Wood*
                                           KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE