USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

HUALONG WU,

        Defendant.
-------------------------------------------------------------x

ORDER
18 CR 799 (KMW)

KIMBA M. WOOD, District Judge:

On February 20, 2020, the Government notified the Court that the defendant would be withdrawing his guilty plea to Count 1 of the Indictment, and instead pleading guilty to Misdemeanor Information S6.

The Court refers the guilty plea to Magistrate's Court. Sentencing is rescheduled for Monday, March 2, 2020, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
February 20, 2020

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE