USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

HUALONG WU,

        Defendant.
-------------------------------------------------------------------x

18 CR 799 (KMW)

ORDER

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on February 25, 2020;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
       March 2, 2020

                                  KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE