UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Hualong Wu Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

18-CR-00799-(09 ) KMW)

Defendant Hualong Wu_____ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____          _____
Defendant's Signature                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


Hualong Wu                                Donna R. Newman
Print Defendant's Name                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

1/26/2021                                 _____
_____
Date                                      U.S. District Judge/U.S. Magistrate Judge