UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

HUALONG WU,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 799 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote hearing on the defendant's violation of supervised release on Wednesday, February 17, 2021, at 11:30 a.m.

Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID 303619264.

SO ORDERED.

Dated: New York, New York
       February 8, 2021

                                                */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE