UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #: _____
                                                        DATE FILED:  February 18, 2021
```

           v.

18-CR-799 (KMW)
**ORDER**

HUALONG WU,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

      The Court will hold a remote hearing on Defendant's violation of supervised release on Tuesday, February 23, 2021, at 12:00 p.m.

      Members of the press who wish to hear the proceeding should dial 917-933-2166 and enter Conference ID 303619264.

SO ORDERED.

Dated: New York, New York
       February 18, 2021

                                    /s/ Kimba M. Wood
                                  KIMBA M. WOOD
                          United States District Judge