```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/25/21_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                        :
:
-v-                                   :    18-CR-799 (KMW)
:
HUALONG WU,                                     :    ORDER
:
Defendant.              :
:
-------------------------------------------------------------------X

**KIMBA M. WOOD**, United States District Judge:

The Court has received Defendant's motion for a stay of the sentence imposed today. (ECF No. 276.) The motion states that the Court relied upon a text message in sentencing Defendant; that is incorrect. The Government stated to the Court during today's proceeding that it did not rely on any text message, and the Court did not rely on any text message.

It is hereby ORDERED that:

1. The Government shall respond to Defendant's motion by 5:00pm on February 26, 2021.

2. Defendant's surrender date of February 26, 2021 is amended to March 1, 2021 at 10:00am.

SO ORDERED.

Dated: February 25, 2021                  ____/s/ Kimba M. Wood_____
    New York, New York                        KIMBA M. WOOD
                                              United States District Judge