**Law Offices of**
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
Cellular: 201-306-4369
donnanewmanlaw@aol.com
<sub>Member: N.Y. & N.J. Bar</sub>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/26/21_____
```

**MEMO ENDORSED**

> Defendant's motion to stay the sentence imposed on February 25, 2021 is withdrawn. (ECF No. 276.)
>
> Defendant shall surrender to the United States Marshals at 200 Worth Street, 4th Floor, New York, NY, on Monday, March 1st by 10:00am. Until such time, the conditions of Defendant's supervised release shall remain in place, including the requirement of home detention with location monitoring, to which Defendant consents. Upon notice and consent of the United States Probation Office, Mr. Wu may leave his home to attend to certain personal matters.
>
> Mr. Wu may return his location monitoring equipment to the Probation Department of the Southern District of New York on Monday, March 1, prior to his surrender.
>
> **SO ORDERED.**
>
> **Dated:  February 26, 2021**
> **New York, NY**
>
> _____/s/ Kimba M. Wood_____
> **THE HONORABLE KIMBA M. WOOD**
> **UNITED STATES DISTRICT JUDGE**

February 26, 2021

Via Email & ECF

The Honorable Kimba M. Wood
United States District Court Judge for
the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Hualong Wu*
    18 Cr. 799-09(KMW)

Dear Judge Wood:

    After conferring with Mr. Wu this morning, upon his request, I withdraw Mr. Wu's motion to stay his sentence and for bail pending appeal. With the consent of AUSA Swett, I respectfully request that Mr. Wu be permitted to self-surrender to the United States Marshal at 200 Worth Street, 4th Floor, New York, New York, on Monday, March 1st at 10:00. If the Court grants this request, with the consent of the Government, we ask that Mr. Wu's bond be continued with all conditions in place, including his home detention with GPS monitoring. The Government has agreed to a carve out of the condition of home detention which would allow Mr. Wu to take care of personal matters that need to be addressed in light of his 3 months sentence of incarceration. His ability to take care of such matters, is important because his x-wife with whom he lives, is extremely ill and relies upon him for such necessities as food and medication. Accordingly, we would request that Mr. Wu be permitted to attend to these matters upon notice and consent of his probation officer Andrea Hirsch. Finally, we ask that Mr. Wu be permitted to return the GPS monitoring equipment to the Probation Department of the Southern District of New York which is the primary office of his supervision. Such a courtesy would eliminate Mr. Wu having to travel from Flushing to Brooklyn and then back to New York during rush hour. We thank the Court for its consideration of this request and apologize for any inconvenience we may have caused the Court.

**Granted**
**-KMW**

Respectfully submitted,
    /s/
Donna R. Newman
Cc: AUSA Sebastian Swett
    USPO Andrea Hirsch