USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/26/21_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

HUALONG WU,

                              Defendant.
-------------------------------------------------------X

18-CR-799 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On February 25, 2021, this Court sentenced defendant Hualong Wu, USM #86477-054, to three months in custody for a violation of supervised release.

      The defendant is ordered to surrender to the U.S. Marshals at the Daniel Patrick Moynihan Courthouse, 200 Worth Street, 4th Floor, New York, New York, by 10:00 a.m. on Monday, March 1, 2021.

SO ORDERED.
Dated: New York, New York
      February 26, 2021

                                                  /s/ Kimba M. Wood /
                                               KIMBA M. WOOD
                                      United States District Judge